IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| Plaintiff, | } |
| vs. | } Case No. 09-10093-01-MLB |
| **NUREN O. MAKANJUOLA,** | } |
| Defendant. | } |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about October 24, 2006, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and intentionally represented himself to be a citizen of the United States, on a State of Kansas, Kansas Department of Revenue, Alcoholic Beverage Control Division, Ownership Disclosure Form, in violation of Title 18, United States Code, Section 911.

### COUNT 2

That on or about November 1, 2006, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and intentionally represented himself to be a citizen of the United States, on a City of Wichita,

Kansas, Alcoholic Liquor Application, in violation of Title 18, United States Code, Section 911.

## COUNT 3

That on or about November 22, 2006, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and intentionally represented himself to be a citizen of the United States, on a City of Wichita, Kansas, Alcoholic Liquor Application, in violation of Title 18, United States Code, Section 911.

## COUNT 4

That on or about November 7, 2007, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and intentionally represented himself to be a citizen of the United States, on a State of Kansas, Kansas Department of Revenue, Alcoholic Beverage Control Division, Ownership Disclosure Form, in violation of Title 18, United States Code, Section 911.

## COUNT 5

That on or about October 28, 2008, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and

intentionally represented himself to be a citizen of the United States, on a City of Wichita, Kansas, Alcoholic Liquor Application, in violation of Title 18, United States Code, Section 911.

## COUNT 6

That on or about October 28, 2008, in the District of Kansas, the defendant,

**NUREN O. MAKANJUOLA,**

a citizen of Nigeria who is not a citizen or national of the United States, falsely, willfully and intentionally represented himself to be a citizen of the United States, on a State of Kansas, Kansas Department of Revenue, Alcoholic Beverage Control Division, Ownership Disclosure Form, in violation of Title 18, United States Code, Section 911.

A TRUE BILL

12/02/2009  
DATE

s/Foreman  
FOREMAN OF THE GRAND JURY

s/Lanny D. Welch  
Lanny D. Welch  
United States Attorney  
District of Kansas  
301 N. Main, Suite 1200  
Wichita, Kansas 67202  
(316) 269-6481  
KS Bar No. 13267

(It is requested that trial be held in Wichita, Kansas).

**3**